IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No._____ |
| | * | |
| $369,659.07 in U.S. Currency seized from | * | |
| PNC Bank Acct. #******0171 and | * | |
| $100,000 in U.S. Currency (Chaudhry) | * | |
| Defendants. | * | |

...oooOooo...

## VERIFIED COMPLAINT FOR FORFEITURE

The United States of America, through undersigned counsel, seeking forfeiture of $369,659.07 in U.S. Currency seized from PNC Bank Acct. #******0171 and $100,000 in U.S. Currency, hereinafter also referred to as "defendant property," respectfully presents to the Court the following:

1. This Court has jurisdiction over this forfeiture action pursuant to 28 U.S.C. §§1345 and 1355, and 21 U.S.C. § 881(a)(6).

2. Venue is proper in this Court pursuant to 28 U.S.C. §1395.

3. On or about November 14, 2014, the defendant $369,659.07 in U.S. Currency was seized from PNC Bank, Business Accounts #******0171, in the name of Jones Station BP Gas Station, pursuant to the execution of a seizure warrant in the State and District of Maryland. On or about November 13, 2014, $138,375 in U.S. Currency was seized from Rina Chaudhry, 636 Thomas Way, Severna Park, pursuant to the execution of a search and seizure warrant in the State and District of Maryland. $38,375 in U.S. Currency will be returned.

4. Once seized, the defendant property was placed in the custody of the Department of Justice, Drug Enforcement Administration, in the District of Maryland, where it remains.

5. The defendant property constitutes proceeds traceable to money furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, the Controlled Substances Act, and therefore, should be forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

6. Such forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Dominic Butera, Task Force Officer, Drug Enforcement Administration.

**WHEREFORE**, the plaintiff prays as follows:

1. That any persons having an interest in the above-described defendant property be cited to appear herein and answer the Complaint;

2. That a Warrant <u>in rem</u> issue to the Department of Justice, U.S. Marshal Service, commanding them to arrest the defendant property;

3. That Judgment of Forfeiture be decreed against the defendant property;

4. That upon Final Decree of Forfeiture, the U.S. Marshal should dispose of the defendant property and any cost bond according to law; and

5. That the plaintiff has such other and further relief as the case may require.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

November 17, 2015

/s/ Richard C. Kay
Richard C. Kay
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

## VERIFICATION

I, Richard C. Kay, declare under penalty of perjury as provided by 28 U.S.C. §1746, that the foregoing Complaint for Forfeiture in rem is based on reports and information furnished to me by the Department of Justice, Drug Enforcement Administration, and that everything contained therein is true and correct to the best of my knowledge and belief.

_____
Richard C. Kay
Assistant United States Attorney

**MEMORANDUM**

DATE:   November 17, 2015

TO:   Becki Gannon
   U.S. Marshal Service

FROM:   Naquita C. Ervin
   FSA Paralegal Specialist
   U.S. Attorney's Office - District of Maryland

RE:   **U.S. v. $369,659.07 in U.S. Currency seized from PNC Bank Acct. #******0171 and $100,000 in U.S. Currency**

   **Civil Action No.** _____

   **CATS ID 15-DEA-607830 and 15-DEA-608088 /   GC-15-0021**

---

The United States has filed a forfeiture action against **$369,659.07 in U.S. Currency seized from PNC Bank Acct. #******0171 and $100,000 in U.S. Currency.** A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at www.forfeiture.gov pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.


Attachment

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $369,659.07 in U.S. Currency seized from PNC Bank Acct. #******0171 and $100,000 in U.S. Currency (Chaudhry) | Verified Complaint in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
15-DEA-612702 / GC-15-0114

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Naquita C. Ervin, Paralegal Specialist
U.S. Attorney's Office
36 S. Charles Street, 4th floor
Baltimore, Maryland  21201

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Post Notice on property premises.  Fill in the date of arrest in this process receipt and return our copy.

Signature of Attorney or other Originator requesting service on behalf of :  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 410-209-4800

DATE: 11/17/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service

Time  am  pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED    SEND   ORIGINAL + 2 COPIES   to USMS.    FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record  3. Notice of Service   4. Billing Statement  5. Acknowledgment of Receipt